# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-20234
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 30, 2019

Lyle W. Cayce
Clerk

FRANCISCO J. GONZALEZ,

　　　　Plaintiff - Appellant

v.

FLUOR CORPORATION,

　　　　Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-2823

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Francisco J. Gonzalez appeals the district court's summary judgment dismissal of his claims asserted under the Americans with Disability Act, 42 U.S.C. § 12101, *et seq*. In support of his appeal, Plaintiff-Appellant argues the district court erred in finding that he had failed to demonstrate the existence of a genuine dispute of material fact relative to whether: (1) he suffered from an actual disability; (2) his employer regarded

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-20234

him as suffering from a disability; (3) his employment was terminated because of an actual or perceived disability; and/or (4) his employer refused to provide him with a reasonable accommodation. We have carefully considered the parties' competing submissions, the record, and applicable law. For essentially the reasons stated in the Magistrate Judge's January 22, 2019 Memorandum and Recommendation, which was adopted by the district court on February 13, 2019, we AFFIRM the judgment of the district court.